ORIGINAL

**FILED**

01/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0263

FILED

JAN 2 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO
THE COMMISSION ON COURTS OF LIMITED
JURISDICTION

O R D E R

The Honorable Holly Frederickson, the Justice of the Peace member on the Commission on Courts of Limited Jurisdiction, has retired. Jeff Hindoien, the City Attorney member of the Commission, has resigned his position. The Court thanks Judge Fredrickson and Mr. Hindoien for their service to the Commission, the Court, and the people of Montana.

The Honorable Kerry Burman and Greg Sullivan have expressed interest in an appointment as a member of the Commission. Therefore, with the consent of the appointees,

IT IS ORDERED that the Honorable Kerry Burman is appointed as the Member-at-Large member of the Commission on Courts of Limited Jurisdiction to a term expiring on June 30, 2024. Greg Sullivan is appointed as the City Attorney member of the Commission to a term expiring June 30, 2026. The Honorable Kelly Mantooth, current Member-at-Large member of the Commission, is hereby appointed as the Justice of the Peace member for a term expiring February 28, 2027.

The Clerk is directed to provide a copy of this Order to the Honorable Holly Frederickson, the Honorable Kerry Burman, the Honorable Kelly Mantooth, Jeff Hindoien, Greg Sullivan, each member of the Commission on Courts of Limited Jurisdiction, Judicial Educator Shauna Ryan, and the State Bar of Montana.

DATED this 24ᵗʰ day of January, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices